IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § <br> § <br> Plaintiff, § <br> V. § <br> § CIVIL ACTION NO. H-23-0164 <br> JOHN DOE, subscriber assigned § <br> IP address 73.166.143.66, § <br> § <br> Defendant. § | |

## O R D E R

On April 17, 2023, Plaintiff, Strike 3 Holdings, LLC, filed a Notice of Voluntary Dismissal with Prejudice (docket no. 7) stipulating to the voluntary dismissal of this action against Defendant, JOHN DOE, subscriber assigned IP address 73.166.143.66, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED with prejudice** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 18th day of April, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE